FILED

09/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0548

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0548

_____

STATE OF MONTANA,

　　　Plaintiff and Appellee,

v.　　　　　　　　　　　　　　　　　　　　　　O R D E R

BRYAN HUGH HINDMAN,

　　　Defendant and Appellant.

_____

　　　Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

　　　The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jason Marks, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 6 2023